```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 01756
   TWANA R NELSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-2543


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 01/27/2008 and was confirmed 03/19/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 10/29/2008.
------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------
MIDLAND CREDIT MANAGEMEN  UNSECURED            381.99          .00           .00
COMMONWEALTH EDISON       UNSECURED            227.13          .00           .00
ASSET ACCEPTANCE LLC      UNSECURED            449.99          .00           .00
ASSET ACCEPTANCE LLC      UNSECURED            225.10          .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED           1957.77          .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            184.40          .00           .00
PREMIER BANCARD CHARTER   UNSECURED            371.65          .00           .00
PREMIER BANCARD CHARTER   UNSECURED            472.98          .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            716.72          .00           .00
ILLINOIS LENDING CORP     UNSECURED            718.85          .00           .00
WEST SUBURBAN AUTO SALES  SECURED VEHIC       2100.00        71.86         63.34
ASSET ACCEPTANCE LLC      UNSECURED            257.00          .00           .00
BUREAU OF COLLECTION REC  UNSECURED         NOT FILED          .00           .00
CAVALRY PORTFOLIO SERVIC  UNSECURED         NOT FILED          .00           .00
CBCS                      UNSECURED         NOT FILED          .00           .00
CBE GROUP                 UNSECURED         NOT FILED          .00           .00
CITY OF CHICAGO PARKING   UNSECURED           7240.00          .00           .00
MAYWOOD MUNICIPLE COURT   UNSECURED         NOT FILED          .00           .00
DEBT RECOVERY SOLUTION    UNSECURED         NOT FILED          .00           .00
HARVARD COLLECTION        UNSECURED         NOT FILED          .00           .00
IC SYSTEMS                UNSECURED         NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            380.10          .00           .00
NCO FIN/99                UNSECURED         NOT FILED          .00           .00
NCO FIN/99                UNSECURED         NOT FILED          .00           .00
PARK DANSAN               UNSECURED         NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            228.81          .00           .00
PARK DANSAN               UNSECURED         NOT FILED          .00           .00
PAYDAY LOAN STORE         UNSECURED         NOT FILED          .00           .00
TCF                       UNSECURED         NOT FILED          .00           .00
WEST SUBURBAN HOSPITAL    UNSECURED         NOT FILED          .00           .00
MR & MRS BAKER            NOTICE ONLY      NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           1552.65          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 01756 TWANA R NELSON
```

```
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,494.00                    973.40
TOM VAUGHN                 TRUSTEE                                      96.40
DEBTOR REFUND              REFUND                                         .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 1,205.00

PRIORITY                                             .00
SECURED                                            63.34
    INTEREST                                       71.86
UNSECURED                                            .00
ADMINISTRATIVE                                     973.40
TRUSTEE COMPENSATION                                96.40
DEBTOR REFUND                                        .00
                       ---------------    ---------------
TOTALS                  1,205.00            1,205.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
    Dated: 01/27/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```